```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

S.U. AS NEXT FRIEND OF
G.M., a minor child under
the age of 18,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:22-00471

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

J.A.H. AS NEXT FRIEND OF
J.S., IV, a minor child under
the age of 18,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:22-00472

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

L.M.H. AS NEXT FRIEND OF
C.J.W., a minor child under
the age of 18,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:22-00473

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

A.L.K. AS NEXT FRIEND OF
A.M.K., a minor child under
the age of 18,

    Plaintiff,

**v.**                                                              **CIVIL ACTION NO. 2:22-00474**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**
_____

**S.W. AS NEXT FRIEND OF
J.W., a minor child under
the age of 18,**

    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 2:22-00475**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**
_____

**K.A.D. AS NEXT FRIEND OF
B.D.G., a minor child under
the age of 18,**

    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 2:22-00476**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**
_____

**D.R.E. AS NEXT FRIEND OF
K.J.W., a minor child under
the age of 18,**

    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 2:22-00478**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

_____

K.B. AS NEXT FRIEND OF
B.M.B., a minor child under
the age of 18,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:22-00479

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

A.B.F. AS NEXT FRIEND OF
C.A.E., a minor child under
the age of 18,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:22-00480

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

M.B. AS NEXT FRIEND OF
D.A.A., a minor child under
the age of 18,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:22-00481

JOHNSON & JOHNSON, et al.,

    Defendants.
_____

A.S.A. AS NEXT FRIEND OF
K.K.J., a minor child under
the age of 18,

3

  Plaintiff,

v.                                                      CIVIL ACTION NO. 2:22-00482

JOHNSON & JOHNSON, et al.,

  Defendants.
_____

M.B. AS NEXT FRIEND OF
H.C.A., a minor child under
the age of 18,

  Plaintiff,

v.                                                      CIVIL ACTION NO. 2:22-00483

JOHNSON & JOHNSON, et al.,

  Defendants.
_____

M.E.B. AS NEXT FRIEND OF
E.N.B., a minor child under
the age of 18,

  Plaintiff,

v.                                                      CIVIL ACTION NO. 2:22-00484

JOHNSON & JOHNSON, et al.,

  Defendants.
_____

M.B. AS NEXT FRIEND OF
S.D.A., a minor child under
the age of 18,

  Plaintiff,

v.                                                      CIVIL ACTION NO. 2:22-00485

JOHNSON & JOHNSON, et al.,

**Defendants.**

_____

**A.S.A. AS NEXT FRIEND OF B.J.J., a minor child under the age of 18,**

    **Plaintiff,**

**v.**                                                  **CIVIL ACTION NO. 2:22-00487**

**JOHNSON & JOHNSON, et al.,**

    **Defendants.**

_____

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendants' motion for stay pending resolution of defendants' motions to dismiss and for expedited consideration. Having considered the motion, the court **ORDERS** as follows:

1) The deadlines set in the court's Order of May 8, 2023, are hereby **VACATED** until further Order of the court;

2) Insofar as defendants request expedited consideration of their motion to stay, that request is **DENIED**. Responses and replies to the motion (if any) are to be filed in the time periods set forth in the local rules.

3) A hearing on the motion to stay is **SCHEDULED** for June 7, 2023, at 10:00 a.m., in Charleston. The court will

5

also hear argument on the pending motions to dismiss at that time.

The Clerk is directed to send copies of this Order to all counsel of record and to any unrepresented parties.

**IT IS SO ORDERED** this 17th day of May, 2023.

ENTER:

David A. Faber
Senior United States District Judge